IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RICHARD L. HOOD,

        Plaintiff,

    vs.

LT. MCCLELLAND, LT. DAVID MITCHELL,
OFFICER WATKINS, WARDEN JOHNSON and
SHERRY BENTON,

        Defendants.

Case No. 11-cv-854-JPG-PMF

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Lt. McClelland, Lt. David Mitchell, Officer Watkins, Warden Johnson, and Sherry Benton and against Plaintiff Richard L. Hood,

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with prejudice as to all Defendants.

**DATED:** April 16, 2013

**NANCY J. ROSENSTENGEL, Clerk of Court**

**By: s/Jina Hoyt, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**